E-FILED
Thursday, 23 July, 2026 01:10:54 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| **AIMING WANG,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No.: 3:25-CV-03342-SEM-DJQ** |
| | ) | |
| **MEMORIAL MEDICAL CENTER** | ) | |
| **d/b/a Springfield Memorial Hospital,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR HEARING CONCERNING DISCOVERY DISPUTE**

NOW COMES Plaintiff, AIMING WANG, by and through her undersigned attorneys, the Law Offices of GOLDMAN & EHRLICH, CHTD., and as her Motion for Hearing Concerning Discovery Dispute, states as follows:

1. On July 7, 2026, Plaintiff served notices of deposition for four of Defendant's employee witnesses. On July 8, 2026, Plaintiff sent additional correspondence, including a discovery deficiency letter and supplemental written discovery requests.
2. Having received no confirmation of receipt, Plaintiff's counsel emailed Defense counsel on July 13, 2026, requesting confirmation and inquiring as to the availability of the noticed witnesses for deposition.
3. On July 15, 2026, Plaintiff's counsel contacted Defense counsel by telephone. Defense counsel confirmed receipt of the notices, letter, and requests, and stated that he would follow up with Plaintiff's counsel. Defense counsel raised no objection to the supplemental written discovery requests or to the depositions of the noticed witnesses.
4. Having received no further communication, Plaintiff's counsel emailed Defense counsel on July 20, 2026, requesting a meet-and-confer and provided dates and times on which counsel was available.

5. Having still received no response, Plaintiff's counsel emailed Defense counsel again on July 22, 2026 requesting to meet.
6. As of the date of this filing, Plaintiff's counsel has received no response from Defense counsel.
7. Apart from the brief telephone call of July 15, 2026, in which Defense counsel represented that he would follow up shortly, the parties have not substantively conferred, as Plaintiff has been unable to obtain any response from Defense counsel.
8. Fact discovery closes on August 7, 2026.
9. In light of the approaching deadline, Plaintiff respectfully requests the Court's intervention to facilitate the meet-and-confer between the parties regarding the outstanding discovery matters.

Respectfully submitted:

Web Arnold

Tad Weber Arnold of the law Offices of Goldman & Ehrlich, Chtd., as Attorney for Plaintiff

Jonathan C. Goldman
Tad Weber Arnold
Law Offices of Goldman & Ehrlich, Chtd.
53 West Jackson Blvd., Suite 815
Chicago, IL 60603
312-332-6733
jon@goldmanehrlich.com
web@goldmanehrlich.com